# United States District Court Violation Notice

**CVB Location Code:** EC11

**Violation Number:** 8033675

**Officer Name (Print):** Looney T
**Officer No.:** L6649

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 06302019 0257
**Offense Charged:** ☐ CFR ☐ USC ☒ State Code
**Code:** NCGS 20-138.1

**Place of Offense:** All American / Gruber ACPS

**Offense Description: Factual Basis for Charge**

Impaired Driving
E3   C 50m SIG BN

HAZMAT ☐

## DEFENDANT INFORMATION

**Last Name:** Roadruck
**First Name:** Austin
**M.I.:** T

**Street Address:** —

Fort Worth  TX  76114

**Date of Birth (mm/dd/yyyy):** —

**Drivers License No.:** —

---

A ☐ MUST APPEAR IN COURT. SEE INSTRUCTIONS
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Amount
Fee
Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 301 Green St, Fayetteville NC
**Date (mm/dd/yyyy):** 07102019
**Time (hh:mm):** 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _(signed)_

(Rev. 09/2015)   Original - CVB Copy

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **Jun 30**, 20**19** while exercising my duties as a law enforcement officer in the **Eastern** District of **N.C.**

At 0257 hrs, 30 Jun 19, ACP Guard Biesel while conducting Access Control Operations at ACP 5 (All-American Gate) All-American Expy., inspected a 2018 Chevrolet Cruze, NC FKF-8127, operated by Roadruck. Upon approach of the vehicle, ACP Guard Biesel detected an odor of alcohol emitting from Roadruck's person. 5-8 Looney responded to the gate and upon approach of Roadruck's vehicle detected an odor of alcohol emitting from Roadruck's person. Standardized Field Sobriety Tests were conducted which warranted further action. Roadruck was apprehended, transported to the Fort Bragg Law Enforcement Center, administered an Intox EC/IR II test, resulting in .10% AC.
Roadway: Dry
Traffic: Light
Weather: Clear
Attitude: Under the Influence

The foregoing statement is based upon:
- [x] my personal observation
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **06302019**    Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident